# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| **BRYANT BAKER,** | |
| **Plaintiff,** | **Case No. 2:18-cv-01270-EAS-CMV** |
| **Vs.** | |
| | **JUDGE SARGUS** |
| **MICHAEL DEWINE, ET AL.,** | **MAGISTRATE JUDGE VASCURA** |
| **Defendants.** | |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given to all parties and counsel of record that Barry H. Wolinetz, Esq., and Adam C. Sims, Esq., of Wolinetz & Horvath, LLC, 250 Civic Center Drive, Suite 220, Columbus, Ohio 43215, are entering their appearance as counsel of record for Defendant Brie Baker and Defendant Stephen Daulton.  Any and all further and future pleadings and correspondence shall certify service to counsel for Defendant Brie Baker and Defendant Stephen Daulton at the address provided herein.

Respectfully submitted,

**WOLINETZ & HORVATH, LLC**

/s/ Barry H. Wolinetz
Barry H. Wolinetz            (0019270)
Adam C. Sims                 (0093474)
Counsel for Defendant Brie Baker and
Defendant Stephen Daulton
250 Civic Center Drive, Suite 220
Columbus, Ohio 43215
Telephone: (614) 341-7775
Facsimile: (614) 341-7888
E-mail: bwolinetz@wolinetzlaw.com
          asims@wolinetzlaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 12th day of December, 2018 a copy of the

foregoing Notice of Appearance was served upon all counsel of record through ECF, and by

ordinary mail upon the following:

**Bryant Baker
P.O. Box 340741
Columbus, Ohio 43234-0741**

/s/ Barry H. Wolinetz
Barry H. Wolinetz      (0019270)